# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**GINA STUKES,** *et al.,*

    v.    **Plaintiffs**

**Civil No. 2:18cv644**

**SCHOOL BOARD OF THE
CITY OF VIRGINIA BEACH,** *et al.,*

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Plaintiffs' Motion to Sever Claims, ECF No. 23, is DENIED; Plaintiffs' Motion for Non-Suit, ECF No. 24, is DENIED; Plaintiffs' First Motion to Strike, ECF No. 34, is DENIED; Plaintiffs' Second Motion to Strike, ECF No. 35, is DENIED; Plaintiffs' Motion for Judgment, ECF No. 25, is DENIED; the School Board's Motion to Dismiss, ECF No. 18, is GRANTED; and the Law Firm's Motion to Dismiss, ECF No. 21, is GRANTED.

DATED:  11/21/2019            FERNANDO GALINDO, Clerk

                                          By _____/s/_____
                                            E. Price, Deputy Clerk